5/05/26 1:59PM

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

BKR LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

DBA Ramada Bakersfield-North

**3. Debtor's federal Employer Identification Number (EIN)**

85-2259502

**4. Debtor's address**

**Principal place of business**

16350 Ventura Blvd., D523
Encino, CA 91436
Number, Street, City, State & ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

828 Real Road Bakersfield, CA 93309
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor BKR LLC
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor BKR LLC
Name

Case number (*if known*)

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor BKR LLC
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2026
MM / DD / YYYY

X
Signature of authorized representative of debtor

Michael P. Crane
Printed name

Title Managing Member

**18. Signature of attorney**

X /s/ Matthew D. Resnik
Signature of attorney for debtor

Date May 5, 2026
MM / DD / YYYY

Matthew D. Resnik
Printed name

RHM LAW LLP
Firm name

17609 Ventura Blvd.
Ste 314
Encino, CA 91316
Number, Street, City, State & ZIP Code

Contact phone (818) 285-0100 Email address matt@rhmfirm.com

(SBN 182562) CA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BKR LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ABD Office Solutions<br>180 Vander Street<br>Corona, CA 92878 | Nemy Cunanan<br><br>Nemy@abdofficesolutions.com | Vendor | | | | $3,023.16 |
| B.I.T.S. IT Solutions<br>1370 Valley Vista Dr.<br>Ste 200<br>Diamond Bar, CA 91765 | | IT support | | | | $23,758.20 |
| CA Travel & Tourism<br>Office of Tourism<br>555 Capitol Mall, Suite 465<br>Sacramento, CA 95814 | | Vendor | | | | $3,188.52 |
| California Choice Health Insurance<br>721 South Parker, Suite 140<br>Orange, CA 92868 | | | | | | $40,655.86 |
| California Water Service<br>3725 South H St.<br>Bakersfield, CA 93304 | | Water utility service | | | | $1,964.62 |
| City Of Bakersfield-Waste Removal<br>PO BOX 2057<br>Bakersfield, CA 93303 | | | | | | $777.53 |
| Direct TV<br>PO Box 5006<br>Carol Stream, IL 60197 | | Cable television | | | | $988.00 |
| HD Supply Solutions<br>PO Box 509058<br>San Diego, CA 92150 | | Vendor - cleaning supplies | | | | $2,077.99 |

Debtor BKR LLC
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Insurance Company of the West<br>c/o Gascou Hopkins LLP<br>9696 Culver Blvd., Suite 301<br>Culver City, CA 90232 | | Insurance Company of the West v IManage Hospitality LLC dba Ramada By Wyndham San Diego South dba Hawthorne Suites dba Ramada Limited Bakersfield Nort | Disputed | | | $29,089.12 |
| Jorgensen Company<br>3243 S. Willow Ave.<br>Fresno, CA 93725 | | | | | | $4,295.24 |
| Kone<br>1 Kone Court<br>Moline, IL 61265 | | Elevator service | | | | $6,444.41 |
| Luminous Hotel Management, LLC<br>410 Holiday Ct.<br>Warrenton, VA 20186 | James Fair<br><br>james.fair@luminousllc.com | Services rendered | Unliquidated | | | $30,000.00 |
| Michael Sullivan & Associates LLP<br>File 1682<br>1801 W. Olympic Blvd<br>Pasadena, CA 91199-1682 | | Legal services rendered | | | | $15,782.00 |
| PG&E<br>PO Box 997300<br>Sacramento, CA 95899 | | Electric utility services | | | | $62,743.26 |
| Ramada Worldwide<br>15018 Collections Center Drive<br>Chicago, IL 60693 | | Franchisor Agreement | | | | $36,762.03 |
| Spectrum Enterprise<br>PO Box 223085<br>Pittsburgh, PA 15251 | | Internet/telephone service | | | | $740.54 |
| SRS Communications, Inc.<br>1442 E. Lincoln Ave. Ste 221<br>Orange, CA 92865 | | Phone IT support | | | | $4,182.25 |
| US Foods<br>File 6993<br>Los Angeles, CA 90074 | | | | | | $2,914.95 |
| Wells Fargo<br>P.O. Box 77033<br>Minneapolis, MN 55480-7733 | | Credit card | | | | $11,949.14 |

Debtor BKR LLC
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Winthrop Golubox Hollander<br>1301 Dove Street, Suite 500<br>Newport Beach, CA 92660 | 949-720-4100 | Legal services rendered | | | | $3,213.00 |

# United States Bankruptcy Court
## Central District of California

| | | | |
|---|---|---|---|
| In re | BKR LLC | | Case No. |
| | | Debtor(s) | Chapter 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Michael P. Crane<br>16350 Ventura Blvd., D523<br>Encino, CA 91436 | | | 20% |
| Sharp Hospitality<br>5300 E. Waverly Drive, Unit F11<br>Palm Springs, CA 92264 | | | 5% |
| Simon Nehme<br>5535 Via Verano<br>Yorba Linda, CA 92887 | | | 5% |
| Squared Properties LLC<br>P.O. Box 961<br>Brea, CA 92822 | | | 25% |
| Tangerine Ventures, LLC<br>180 Vander Street<br>Corona, CA 92880 | | | 10% |
| Timothy R. Crane<br>16350 Ventura Blvd., D523<br>Encino, CA 91436 | | | 35% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date May 5, 2026

Signature [signature]
Michael P. Crane

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Encino , California.

Michael P. Crane
Signature of Debtor 1

Date: May 5, 2026

Signature of Debtor 2

BKR LLC

16350 Ventura Blvd, Ste D523

Encino, CA 91436

Date: May 4, 2026

**Re: Authorization to Commence Chapter 11 Case**

**WRITTEN CONSENT OF THE MANAGING MEMBER**

**OF BKR LLC, A CALIFORNIA LIMITED LIABILITY COMPANY**

The undersigned, being the duly authorized Managing Member of BKR LLC (the "Company"), hereby adopts the following resolutions by written consent pursuant to the Company's Operating Agreement and applicable law:

**1. Authorization to File Bankruptcy**

RESOLVED, that the Company is hereby authorized to commence a voluntary case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the appropriate district.

**2. Authorization of Representative**

RESOLVED, that Michael Crane, a member of the Company, is hereby authorized and directed to act as the Company's authorized representative in connection with the bankruptcy case, and in such capacity is authorized to:

- Execute and file a voluntary petition for relief under Chapter 11;
- Execute all schedules, statements, and related documents;
- Retain and instruct bankruptcy counsel;
- Appear on behalf of the Company in the bankruptcy case;
- Take any and all actions necessary or appropriate to prosecute the Chapter 11 case.

**3. Ratification**

RESOLVED, that any and all prior actions taken by the authorized representative or professionals retained by the Company in contemplation of the bankruptcy filing are hereby ratified and approved.

**4. Effectiveness**

This Written Consent shall be effective as of May 4, 2026 and may be executed in counterparts.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of the date first written above.

______________________________

**Timothy Crane**

Managing Member

BKR LLC

5/05/26 1:59PM

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>(818) 285-0100 Fax: (818) 855-7013<br>California State Bar Number: (SBN 182562) CA<br>matt@rhmfirm.com<br><br>■ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>BKR LLC<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Michael P. Crane, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

5/05/26 1:59PM

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ■ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2.a. ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
See Addendum

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

May 5, 2026
Date

By: [signature]
Signature of Debtor, or attorney for Debtor

Name: BKR LLC
Printed name of Debtor, or attorney for Debtor

## Addendum to Corporate Ownership Statement Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Squared Properties LLC
P.O. Box 961
Brea, CA 92822

Tangerine Ventures, LLC
180 Vander Street
Corona, CA 92880

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Central District of California

In re BKR LLC Case No.
Debtor(s) Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

■ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | 51,738.00 |
| The undersigned shall bill against the retainer at an hourly rate of | $ | 725.00 |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re BKR LLC Case No. ______
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 5, 2026
*Date*

/s/ Matthew D. Resnik
Matthew D. Resnik
*Signature of Attorney*

RHM LAW LLP
17609 Ventura Blvd.
Ste 314
Encino, CA 91316
(818) 285-0100 Fax: (818) 855-7013
matt@rhmfirm.com
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

FOR COURT USE ONLY

Matthew D. Resnik
17609 Ventura Blvd.
Ste 314
Encino, CA 91316
(818) 285-0100 Fax: (818) 855-7013
California State Bar Number: (SBN 182562) CA
matt@rhmfirm.com

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

BKR LLC

Debtor(s).

CASE NO.:

CHAPTER: 11

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 10 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: May 5, 2026

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:

Signature of Attorney for Debtor (if applicable)

BKR LLC
16350 Ventura Blvd., D523
Encino, CA 91436

Matthew D. Resnik
RHM LAW LLP
17609 Ventura Blvd.
Ste 314
Encino, CA 91316

ABD Office Solutions
180 Vander Street
Corona, CA 92878

Alfonso Bejines
3705 Chive CT
Bakersfield, CA 93309

Alma Martinez
380 Pacheco Rd 514e
Bakersfield, CA 93307

Alma Montes
828 Real Road
Bakersfield, CA 93309

AmPac Tri-State CDC, Inc.
dba AmPac Business Capital
22365 Barton Road, Suite 304
Grand Terrace, CA 92313

Angela Pablico
1160 Benecia Ct
Chula Vista, CA 91913-1701

B.I.T.S
14661 Binney Street
Hacienda Heights, CA 91745

B.I.T.S. IT Solutions
1370 Valley Vista Dr. Ste 200
Diamond Bar, CA 91765

Booking.com
PO BOX 740401
Los Angeles, CA 90074-0401

CA Travel & Tourism
Office of Tourism
555 Capitol Mall, Suite 465
Sacramento, CA 95814

California Choice Health Insurance
721 South Parker, Suite 140
Orange, CA 92868

California Dept. of Tax and Fee
Special Procedures Section MIC: 29
P.O. Box 942879
Sacramento, CA 94279

California Water Service
3725 South H St.
Bakersfield, CA 93304

Calyn Knowles
305 Holtby Road
Bakersfield, CA 93304

Candice Shroyer
510 Real Road 5
Bakersfield, CA 93309

City of Bakersfield
Transient Occupancy Tax
8839 N. Cedar Ave., #212
Fresno, CA 93720

City of Bakersfield
c/o Duane Morris LLP
Colin Pearce/David Goldstein
One Market Plaza, Spear Tower #2200
San Francisco, CA 94105

City Of Bakersfield-Waste Removal
PO BOX 2057
Bakersfield, CA 93303

Commtrak
PO Box 826077
Philadelphia, PA 19182

Day Use
1200 Brickell Ave. Ste 1960
Miami, FL 33131

Direct TV
PO Box 5006
Carol Stream, IL 60197

Emilio Ramirez
3708 Loma Vista Dt
Bakersfield, CA 93309

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280

Expedia
PO BOX 847677
Dallas, TX 75284-7677

First Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Golden Malted
PO Box 24316
New York, NY 10087

HD Supply Solutions
PO Box 509058
San Diego, CA 92150

HSP Hotels LLC
16350 Ventura Blvd., D523
Encino, CA 91436

Insurance Company of the West
c/o Gascou Hopkins LLP
9696 Culver Blvd., Suite 301
Culver City, CA 90232

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irma Hernandez
329 S Real Rd
Bakersfield, CA 93309

Jesslyn Smith
c/o H&A Law Office, PC
5959 Topanga Cyn Blvd., Suite 340
Woodland Hills, CA 91367

JL Services
9605 S. Main St.
Los Angeles, CA 90003

JL Services
9605 S. Main Street
Los Angeles, CA 90003

Jorgensen Company
3243 S. Willow Ave.
Fresno, CA 93725

Jorgensen Company
2345 So. Fruitvale Ave., Bay1
Bakersfield, CA 93308

Julie Romo
12105 Timberpointe Dr
Bakersfield, CA 93312

Just In Time Communications Inc.
3400 Inland Empire Blvd. Ste 101
Ontario, CA 91764

Kassey Botello
422 Washington Avenue
Bakersfield, CA 93308

Kern County Public Health Dept.
2700 M St. Ste 300
Bakersfield, CA 93301

Kern County Treasurer-Tax Collector
1115 Truxtun Ave. 2nd FL
Bakersfield, CA 93301

Kone
1 Kone Court
Moline, IL 61265

Lilia Trinidad
1101 P Street
Bakersfield, CA 93304

Luminous Hotel Management, LLC
410 Holiday Ct.
Warrenton, VA 20186

M3 Accounting
PO BOX 96539
Charlotte, NC 02829-6053

Maritza Bejines
3705 Chive Ct
Bakersfield, CA 93309

Megan Page
5501 Pine Springs Way
Bakersfield, CA 93313

Mercedes Caldera
310 Hughes Lane
Bakersfield, CA 93304

Michael Sullivan & Associates LLP
File 1682
1801 W. Olympic Blvd
Pasadena, CA 91199-1682

Netchex
1155 Hwy 190 East Service Rd. #2
Covington, LA 70433

New Omni Bank, N.A.
Real Estate Department
1235 South Garfield Ave.
Alhambra, CA 91801

NVA LLC
16350 Ventura Blvd., D523
Encino, CA 91436

PG&E
PO Box 997300
Sacramento, CA 95899

Ramada Worldwide
15018 Collections Center Drive
Chicago, IL 60693

Ramada Worldwide Inc.
22 Sylvan Way
Parsippany, NJ 07054-0278

Reeco
1111 Brickell Avenue
Miami, FL 33131

Rosaura Arias Castro
701 Planz Road
Bakersfield, CA 93304

SoCal Gas
PO BOX C
Monterey Park, CA 91756-5111

Spectrum Enterprise
PO Box 223085
Pittsburgh, PA 15251

Springfield Tramp
16350 Ventura Blvd., D523
Encino, CA 91436

SRS Communications, Inc.
1442 E. Lincoln Ave. Ste 221
Orange, CA 92865

Tel-Tec Security Systems
5020 Lisa Marie Ct.
Bakersfield, CA 93313

Tel-Tec Security Systems Inc.
5020 Lisa Marie Court
Bakersfield, CA 93313

The Cane Family Trust
16350 Ventura Blvd., D523
Encino, CA 91436

Timothy R. Crane
16350 Ventura Blvd., D523
Encino, CA 91436

Tramp Properties
16350 Ventura Blvd., D523
Encino, CA 91436

U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th FL
Los Angeles, CA 90012

US Foods
File 6993
Los Angeles, CA 90074

Wells Fargo
P.O. Box 77033
Minneapolis, MN 55480-7733

Western NRG
4034 Adolfo Rd.
Camarillo, CA 93012

Winthrop Golubox Hollander
1301 Dove Street, Suite 500
Newport Beach, CA 92660

Yolanda Ortega
717 Tanner St
Bakersfield, CA 93307